USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2008

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
RUTH E. FLORES,                     :

              Plaintiff,            :     ORDER

      - against -                   :     07 Civ. 3983 (DC)

ANDREA QUARANTILLO,                 :

              Defendant.            :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

  Plaintiff has submitted a document entitled "Eligibility for U.S. Rights in 8 CFR 313.2 . . ." executed on April 10, 2008. In the document, plaintiff requests, among other things, for "withdrawal" of the attorney, Vina Fleisig, Esq., who appeared on plaintiff's behalf at a conference on March 14, 2008. Ms. Fleisig has not filed a notice of appearance and has not responded to three telephone messages left for her by my Law Clerk. Under the circumstances, plaintiff's application is GRANTED, Ms. Fleisig is discharged as plaintiff's counsel in the case, and plaintiff may proceed pro se.

  The Government filed a motion for summary judgment on April 28, 2008. Plaintiff shall file her opposition to the motion by May 26, 2008, and the Government shall file its reply by June 9, 2008. If plaintiff does not file any opposition, the

motion will be granted on default or decided without the benefit of plaintiff's input.

   SO ORDERED.

Dated: New York, New York
    April 29, 2008

             _____
             DENNY CHIN
             United States District Judge